UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 10-C-187

THOMAS M. HENSON,

    Defendant.

## ORDER

The United States has moved for summary judgment as to Defendant Thomas Henson's unpaid taxes and for foreclosure on his property. Henson has stipulated to liability for more than $420,000 in unpaid taxes from years 1991-93 and 1997-2003. (Dkt. # 33.) In response to the government's motion for summary judgment, Henson now argues that the earlier period of unpaid taxes is not subject to judgment because the ten-year statute of limitations period has lapsed. As the government notes, however, that period did not begin running until the year 2000, and this lawsuit was brought within the ten-year period. (Dkt. # 45.) Henson's other objections are based on a "power of attorney" and / or his belief that he should be allowed to negotiate a different settlement with the IRS. In short, however, he has not contested the essential facts that underlie the government's motion, nor has he shown that foreclosure is not a proper remedy. The government's motion is therefore **GRANTED**. The government should file a proposed order for entry of judgment.

**SO ORDERED** this   9th   day of December, 2011.

                                                          s/ William C. Griesbach
                                                         William C. Griesbach
                                                         United States District Judge